IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 05 2012

JAMES N. HATTEN, Clerk
BY: _____ Deputy Clerk

UNITED STATES OF AMERICA )  Court No. 1:94-CR-128
                         )  U.S. Magistrate. No. 94-M-310
vs.                      )
                         )  **WARRANT FOR ARREST**
BANDELE ADEKUNLE ADENEYE )
_____  )
                         )       1:94-cr-128-HLM

TO: THE UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

YOU ARE COMMANDED TO ARREST __BANDELE ADEKUNLE ADENEYE__ AND BRING H_IM_ FORTHWITH BEFORE THE UNDERSIGNED MAGISTRATE/JUDGE FOR THE NORTHERN DISTRICT OF GEORGIA IN THE CITY OF __ATLANTA__ OR THE NEAREST AVAILABLE UNITED STATES MAGISTRATE/JUDGE TO ANSWER CHARGES THAT ___HE FAILED TO ABIDE THE COURT ORDER DIRECTING THAT ___HE REPORT TO THE U.S. MARSHAL OR DESIGNATED INSTITUTION ON __SEPTEMBER 8__, 19_95_.

_____
UNITED STATES DISTRICT JUDGE ~~MAGISTRATE~~
NORTHERN DISTRICT OF GEORGIA

DATE: __SEPTEMBER 12__, 19_95_.

**RETURN**

_____ DISTRICT OF _____

RECEIVED THE WITHIN WARRANT ON _____ 19___, AND EXECUTED AND SERVED UPON DEFENDANT COPY OF PETITION FOR WARRANT OF ARREST.

BY: _Shoni Benton_

USMS N/GA

RECEIVED 95 SEP 14 AM 9:08 U.S.M.S. NORTHERN GEORGIA

Arrested 11/21/12 by DUSM David Youngless, S/OH

# 44796-019

REVISED 8/93